United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  THOMAS SAN MIGUEL, JR. fdba | § | Case No. 22-32820 |
| SGR Energy, Inc. fdba TSM Holding, | § | (Chapter 7) |
| LLC fdba SGR Panama Operating, | | |
| Inc. fdba SGR Logistics, LLC fdba | | |
| SGR-Hexl JV Partners, LLC fdba | | |
| SGR Colombia Operating, Inc. fdba | | |
| SGR Midstream Holding, LLC fdba | | |
| SGR Midstream U.S. , LLC fdba | | |
| SGR Midstream Internati and | | |
| TIFFANY DAWN SAN MIGUEL | | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY [AND CO-DEBTOR STAY, IF APPLICABLE]**
**(This Order Resolves Docket # 28)**

RUSHMORE LOAN MANAGEMENT SERVICES, LLC as mortgage servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE ELLINGTON FINANCIAL MORTGAGE TRUST 2019-2 ("Movant") filed a motion for relief from the automatic stay against:

Property Address: 1018 BENTWATER DRIVE, MONTGOMERY, TX 77356

Legal Description: LOT FOURTEEN (14), IN BLOCK ONE (1), OF BENTWATER, SECTION FIFTY-FOUR (54), BEING A SUBDIVISION OF 4.5088 ACRES IN THE OWEN SHANNON SURVEY, A-36, MONTGOMERTY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET I, SHEETS 163 AND 164, OF THE MAP RECORDS OF MONTGOMERTY COUNTY, TEXAS. (the "Property").

Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

| | |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted. |
| _____ | The Debtor filed a response that the Debtor was not opposed to the requested relief and no other party opposed the requested relief. |

22-000280-316-2

| | |
|---|---|
| _____ | The Debtor filed a response that the Debtor was unable to admit or deny the allegations, the Debtor failed to appear at the hearing, and no other party opposed the requested relief. |
| _____ | After hearing, and for the reasons stated on the record, relief from the stay is granted. |
| _____X_____ | No timely response was filed. Accordingly, the motion is granted by default. |
| _____ | As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. |

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession, and/or eviction.

Additional rulings:

| | |
|---|---|
| _____ | Movant is awarded attorneys fees in the amount of $_____ |
| _____ | The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record. |

Signed: January 12, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

22-000280-316-2