United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| THOMAS SAN MIGUEL, Jr., | § | |
| and TIFFANY SAN MIGUEL | § | Case No. 22-32820 (JPN) |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |

## STIPULATION AND AGREED ORDER BETWEEN DEBTORS AND CHAPTER 7 TRUSTEE EXTENDING BAR DATE FOR SECURITIES AND EXCHANGE COMMISSION TO FILE PROOF OF CLAIM

This stipulation and agreed order ("Stipulation and Agreed Order") is entered into this day of March 21, 2023, by and among Janet S. Northrup, as the Chapter 7 Trustee in the above-captioned case ("Trustee") and the United States Securities and Exchange Commission ("SEC")(together, "Parties"). The Parties hereby stipulate and agree as follows:

**WHEREAS,** on September 27,2022  a voluntary Chapter 7 case was filed by the above-captioned Debtor's in the United States Bankruptcy Court for the Southern District of Texas ("Bankruptcy Court");

**WHEREAS**, pursuant to Fed. R. Bankr. P. 3002(c)(1), the bar date for filing proofs of claim in this case is set for March 27, 2023;

**WHEREAS**, the Trustee and SEC have agreed, subject to the approval of the Bankruptcy Court, to a extension of the bar date, solely for SEC to file a proof of claim;

**NOW THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate and agree, and upon approval of the Bankruptcy Court, it is ORDERED, as follows:

The deadline by which the SEC must file a proof of claim is extended from March 27, 2023 to July 27, 2023, or such later date as may be ordered by the Bankruptcy Court, without prejudice to the SEC's right to seek further extensions of such deadline

**IT IS SO ORDERED**

Signed: March 22, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

**STIPULATED AND AGREED BY:**

| **U.S. SECURITIES & EXCHANGE COMMISSION** | **Hughes Watters and Askanase** |
|---|---|
| /s/ Angela Dodd<br>Angela D. Dodd<br>(IL Bar No. 6201068)<br>Senior Bankruptcy Counsel<br>U.S Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 1450<br>Chicago, IL 60604<br>Tel: (312) 353-7400<br>Email: dodda@sec.gov<br><br>**Counsel for United States Securities and Exchange Commission** | By: /s/ Janet S Casciato-Northrup<br>Janet S Casciato-Northrup<br>(TX Bar No. 03953750)<br>Hughes Watters and Askanase<br>1201 Louisiana<br>28th Floor<br>Houston, TX 77002<br>713-759-0818<br><br>**Chapter 7 Trustee** |