**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 22-32820 |
| | § | |
| THOMAS SAN MIGUEL, JR. | § | |
| TIFFANY DAWN SAN MIGUEL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/27/2022. The undersigned trustee was appointed on 09/27/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $2,174.87

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $1.40 |
   | Bank service fees | $19.08 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,154.39 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/27/2023 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $543.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $543.72, for a total compensation of $543.72[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $253.01, for total expenses of $253.01.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/30/2024     By:   /s/ Janet S. Northrup
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 22-32820-H5 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | Date Filed (f) or Converted (c): | 09/27/2022 (f) |
| For the Period Ending: | 10/30/2024 | | §341(a) Meeting Date: | 10/27/2022 |
| | | | Claims Bar Date: | 03/27/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  BENTWATER 54, BLOCK 1, LOT 14 1018 Bentwater Dr. Montgomery, TX 77356 | $772,080.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 2  2018 GMC Yukon XL | $34,650.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 3  2020 BMW 850i | $87,050.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 4  2021 Nissan Kicks | $25,625.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 5  2010 Ford F150 | $5,750.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 6  1991 Baja Boats 240 ISLANDER | $7,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 7  Household goods and furnishings See Attached. | $5,940.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 8  Electronics See Attached | $1,715.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 9  Sports Equipment | $350.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 10  Clothes See Attached. | $2,855.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 11  Jewelry See Attached | $2,025.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Exempt; Texas Property Code | | | | | |
| 12  JP Morgan Chase 0177 | $86.00 | $85.80 | | $85.80 | FA |
| 13  Simmons | $101.00 | $1,633.82 | | $1,633.82 | FA |
| 14  SGR Midstream US LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:    Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 15  TSM Holding LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:    Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 22-32820-H5 | Trustee Name: | Janet S. Northrup |
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | Date Filed (f) or Converted (c): | 09/27/2022 (f) |
| For the Period Ending: | 10/30/2024 | §341(a) Meeting Date: | 10/27/2022 |
|  |  | Claims Bar Date: | 03/27/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | |
|---|---|---|---|---|---|
| 16 | Debtor 1 believes he could have interest in the additional companies that were created as subsidiaries. | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 17 | SGR Energy | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate. It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset due to its minimal value. The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 18 | Potential 2021-2022 tax refunds (u) | $0.00 | $1.00 | | $455.25 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                        **Gross Value of Remaining Assets**
$945,727.00          $1,720.62                        $2,174.87                            $0.00

**Major Activities affecting case closing:**
01/10/2024   PENDING RECEIPT OF TAX REFUND FROM IRS; IRS STILL PROCESSING AS OF 10/23/23
12/22/2022   PENDING TURNOVER OF FUNDS ON DEPOSIT AND POTENTIAL RECOVERY OF 2021-2022 TAX REFUNDS.

Initial Projected Date Of Final Report (TFR):    12/31/2023          Current Projected Date Of Final Report (TFR):    12/30/2024          /s/ JANET S. NORTHRUP
                                                                                                                                           JANET S. NORTHRUP

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 22-32820-H5 |
| **Case Name:** | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN |
| **Primary Taxpayer ID #:** | **-***9614 |
| **Co-Debtor Taxpayer ID #:** | **-***9615 |
| **For Period Beginning:** | 9/27/2022 |
| **For Period Ending:** | 10/30/2024 |

| | |
|---|---|
| **Trustee Name:** | Janet S. Northrup |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******2001 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $115,993,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2023 | | Tiffany San Miguel | Fund on deposit | * | $1,179.62 | | $1,179.62 |
| | {12} | | Chase Account                $85.80 | 1129-000 | | | $1,179.62 |
| | {13} | | Simmons Account              $1,093.82 | 1129-000 | | | $1,179.62 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.30 | $1,179.32 |
| 02/02/2023 | (13) | Tiffany San Miguel | Funds on Deposit | 1129-000 | $540.00 | | $1,719.32 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.44 | $1,716.88 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.94 | $1,713.94 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.49 | $1,711.45 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.76 | $1,708.69 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,705.85 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.57 | $1,703.28 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.74 | $1,700.54 |
| 11/21/2023 | (18) | Tiffany San Miguel | Tax refund | 1224-000 | $455.25 | | $2,155.79 |
| 10/10/2024 | 5001 | International Sureties, LTD. | 10/01/24 to 10/01/25 | 2300-000 | | $1.40 | $2,154.39 |

**SUBTOTALS**    $2,174.87    $20.48

Page No: 2     Exhibit B

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 22-32820-H5 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***9614 | **Checking Acct #:** | ******2001 |
| **Co-Debtor Taxpayer ID #:** | **-***9615 | **Account Title:** | Checking Account |
| **For Period Beginning:** | 9/27/2022 | **Blanket bond (per case limit):** | $115,993,000.00 |
| **For Period Ending:** | 10/30/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,174.87 | $20.48 | $2,154.39 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,174.87 | $20.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,174.87 | $20.48 | |

**For the period of 9/27/2022 to 10/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $2,174.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,174.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/27/2023 to 10/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $2,174.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,174.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 22-32820-H5 | **Trustee Name:** Janet S. Northrup |
| **Case Name:** | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***9614 | **Checking Acct #:** ******2001 |
| **Co-Debtor Taxpayer ID #:** | **-***9615 | **Account Title:** Checking Account |
| **For Period Beginning:** | 9/27/2022 | **Blanket bond (per case limit):** $115,993,000.00 |
| **For Period Ending:** | 10/30/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,174.87 | $20.48 | $2,154.39 |

| For the period of 9/27/2022 to 10/30/2024 | | For the entire history of the case between 09/27/2022 to 10/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,174.87 | Total Compensable Receipts: | $2,174.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,174.87 | Total Comp/Non Comp Receipts: | $2,174.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20.48 | Total Compensable Disbursements: | $20.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.48 | Total Comp/Non Comp Disbursements: | $20.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP

CLAIM ANALYSIS REPORT   Page No: 1   Exhibit C

| Case No.: | 22-32820-H5 | | | | | | | | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | | | | | | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | JANET S. NORTHRUP<br><br>1201 Louisiana St., Suite 2800<br>Houston TX 77002 | 10/30/2024 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $253.01 | $253.01 | $0.00 | $0.00 | $0.00 | $253.01 |
|   | JANET S. NORTHRUP<br><br>1201 Louisiana St., Suite 2800<br>Houston TX 77002 | 10/30/2024 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $543.72 | $543.72 | $0.00 | $0.00 | $0.00 | $543.72 |
| 1 | ANDREW MILLER<br><br>c/o Marcellous S. McZeal<br>700 Louisiana St., 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,300.00 | $20,300.00 | $0.00 | $0.00 | $0.00 | $20,300.00 |

**Claim Notes:**   (1-1) Money invested

| 2 | BART BARTOLI<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,050.36 | $7,050.36 | $0.00 | $0.00 | $0.00 | $7,050.36 |

**Claim Notes:**   (2-1) Money invested

| 3 | CLAUDIO GUITIERREZ<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |

**Claim Notes:**   (3-1) Money invested.

| 4 | GIUSEPPE LIBERTI<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,400.00 | $12,400.00 | $0.00 | $0.00 | $0.00 | $12,400.00 |

**Claim Notes:**   (4-1) Money Invested

CLAIM ANALYSIS REPORT  Page No: 2   Exhibit C

| Case No.: | 22-32820-H5 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | JENNIFER CAMERON<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $152,698.77 | $152,698.77 | $0.00 | $0.00 | $0.00 | $152,698.77 |
| **Claim Notes:** | (5-1) Money Invested | | | | | | | | | | | |
| 6 | JERI BLAKE<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| **Claim Notes:** | (6-1) Money Invested | | | | | | | | | | | |
| 7 | JOE HOSTETLER<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $49,700.00 | $49,700.00 | $0.00 | $0.00 | $0.00 | $49,700.00 |
| **Claim Notes:** | (7-1) Money Invested | | | | | | | | | | | |
| 8 | MADELINE LOPERNA<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,300.00 | $22,300.00 | $0.00 | $0.00 | $0.00 | $22,300.00 |
| **Claim Notes:** | (8-1) Money Invested. | | | | | | | | | | | |
| 9 | MARK GEORGE<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| **Claim Notes:** | (9-1) Money Invested. | | | | | | | | | | | |

| Case No.: | 22-32820-H5 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MARK WATHEN<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $166,600.66 | $166,600.66 | $0.00 | $0.00 | $0.00 | $166,600.66 |
| **Claim Notes:** | (10-1) Money Invested | | | | | | | | | | | |
| 11 | RON KRAJENKE<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,160.00 | $29,160.00 | $0.00 | $0.00 | $0.00 | $29,160.00 |
| **Claim Notes:** | (11-1) Money Invested | | | | | | | | | | | |
| 12 | RON TUCKER<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,198.00 | $22,198.00 | $0.00 | $0.00 | $0.00 | $22,198.00 |
| **Claim Notes:** | (12-1) Money invested. | | | | | | | | | | | |
| 13 | SOFIA RUAS<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| **Claim Notes:** | (13-1) Money Invested | | | | | | | | | | | |
| 14 | SRINI KATTA<br><br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $47,275.33 | $47,275.33 | $0.00 | $0.00 | $0.00 | $47,275.33 |
| **Claim Notes:** | (14-1) Money invested. | | | | | | | | | | | |

| Case No.: | 22-32820-H5 | | | | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|---|---|---|
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | VIRGINIA JEANNE AND WILLIAM HOWARD<br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $60,750.00 | $60,750.00 | $0.00 | $0.00 | $0.00 | $60,750.00 |
| Claim Notes: | (15-1) Money Invested. | | | | | | | | | | | |
| 16 | ADRIANA VILLALOBOS<br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,140.00 | $10,140.00 | $0.00 | $0.00 | $0.00 | $10,140.00 |
| Claim Notes: | (16-1) Money Invested | | | | | | | | | | | |
| 17 | JOHN AND CONSTANCE ABUAN<br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| Claim Notes: | (17-1) Money Invested | | | | | | | | | | | |
| 18 | STEVE STRICKLAND<br>C/O Marcellous S. McZeal<br>Grealish McZeal PC<br>700 Louisiana Street, 48th Floor<br>Houston TX 77002 | 10/26/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $700,250.00 | $700,250.00 | $0.00 | $0.00 | $0.00 | $700,250.00 |
| Claim Notes: | (18-1) Money Invested. | | | | | | | | | | | |
| 19 | FROST BANK<br>Attn: Bankruptcy Dept.<br>P.O. Box 1600<br>San Antonio TX 78296 | 11/16/2022 | Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $122,184.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | THE ASSET THAT THE CREDITOR IS ASSERTING A SECURED CLAIM AGAINST WAS NOT ADMINISTERED BY THE BANKRUPTCY ESTATE. | | | | | | | | | | | |

| Case No.: | 22-32820-H5 | | | Trustee Name: | Janet S. Northrup |
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | ASHLEY FUNDING SERVICES, LLC RESURGENT CAPITAL SERVICES  PO Box 10587  Greenville SC 29603-0587 | 01/01/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $297.07 | $297.07 | $0.00 | $0.00 | $0.00 | $297.07 |
| 21 | BANK OF AMERICA, N.A.  PO Box 673033  Dallas TX 75267-3033 | 01/03/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,977.69 | $1,977.69 | $0.00 | $0.00 | $0.00 | $1,977.69 |
| 22 | UPSTART NETWORK, INC  PO BOX 1931  Burlingame CA 94011 | 01/06/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $34,179.31 | $34,179.31 | $0.00 | $0.00 | $0.00 | $34,179.31 |
| 23 | CAPITAL ONE N.A. BY AMERICAN INFOSOURCE AS AGENT  PO Box 71083  Charlotte NC 28272-1083 | 01/10/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,655.04 | $4,655.04 | $0.00 | $0.00 | $0.00 | $4,655.04 |
| 24 | JPMORGAN CHASE BANK, N.A.  s/b/m/t Chase Bank USA, N.A.  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison TX 75001 | 01/11/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,154.44 | $3,154.44 | $0.00 | $0.00 | $0.00 | $3,154.44 |
| 25 | JPMORGAN CHASE BANK, N.A.  s/b/m/t Chase Bank USA, N.A.  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison TX 75001 | 01/12/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,666.89 | $5,666.89 | $0.00 | $0.00 | $0.00 | $5,666.89 |
| 26 | JPMORGAN CHASE BANK, N.A.  s/b/m/t Chase Bank USA, N.A.  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison TX 75001 | 01/12/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $45,991.17 | $45,991.17 | $0.00 | $0.00 | $0.00 | $45,991.17 |

**CLAIM ANALYSIS REPORT**

Page No: 6          Exhibit C

| Case No.: | 22-32820-H5 | | | Trustee Name: | Janet S. Northrup |
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | CITIBANK, N.A.  5800 S Corporate Pl  Sioux Falls SD 57108-5027 | 01/12/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,938.98 | $6,938.98 | $0.00 | $0.00 | $0.00 | $6,938.98 |
| **Claim Notes:** | (27-1) Money Loaned | | | | | | | | | | | |
| 28 | CITIBANK, N.A.  5800 S Corporate Pl  Sioux Falls SD 57108-5027 | 01/12/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,042.74 | $1,042.74 | $0.00 | $0.00 | $0.00 | $1,042.74 |
| **Claim Notes:** | (28-1) Money Loaned | | | | | | | | | | | |
| 29 | CAPITAL ONE N.A. BY AMERICAN INFOSOURCE AS AGENT  PO Box 71083  Charlotte NC 28272-1083 | 01/17/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,766.03 | $20,766.03 | $0.00 | $0.00 | $0.00 | $20,766.03 |
| 30 | TIM'S BOAT REPAIR LLC  18551 FM 1097 RD  Montgomery TX 77356 | 01/20/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,508.50 | $7,508.50 | $0.00 | $0.00 | $0.00 | $7,508.50 |
| 31 | GENESIS MARINE  c/o Evans Martin McLeod Phelps Dunbar, L  365 Canal Street Suite 2000  New Orleans LA 70130 | 01/24/2023 | Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $2,463,809.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | THE ASSET THAT THE CREDITOR IS ASSERTING A SECURED CLAIM AGAINST WAS NOT ADMINISTERED BY THE BANKRUPTCY ESTATE. | | | | | | | | | | | |
| 32 | TD BANK, USA BY AMERICAN INFOSOURCE AS AGENT  PO Box 248866  Oklahoma City OK 73124-8866 | 01/25/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $639.57 | $639.57 | $0.00 | $0.00 | $0.00 | $639.57 |
| 33 | AMUR EQUIPMENT FINANCE  PO BOX 1931  Burlingame CA 94011 | 02/28/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,055.89 | $17,055.89 | $0.00 | $0.00 | $0.00 | $17,055.89 |

| Case No.: | 22-32820-H5 | | | Trustee Name: | Janet S. Northrup |
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | SMART FINANCIAL CREDIT UNION ATTN: BANKRUPTCY<br>PO Box 920719<br>Houston TX 77292-0719 | 03/02/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $81,586.39 | $81,586.39 | $0.00 | $0.00 | $0.00 | $81,586.39 |
| **Claim Notes:** | (34-1) BMW deficiency balance | | | | | | | | | | | |
| 35 | SMART FINANCIAL CREDIT UNION ATTN: BANKRUPTCY<br>PO Box 920719<br>Houston TX 77292-0719 | 03/02/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $31,382.97 | $31,382.97 | $0.00 | $0.00 | $0.00 | $31,382.97 |
| **Claim Notes:** | (35-1) Yukon deficiency balance | | | | | | | | | | | |
| 36 | SMART FINANCIAL CREDIT UNION ATTN: BANKRUPTCY<br>PO Box 920719<br>Houston TX 77292-0719 | 03/02/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $48,044.12 | $48,044.12 | $0.00 | $0.00 | $0.00 | $48,044.12 |
| **Claim Notes:** | (36-1) Signature loan, line of credit | | | | | | | | | | | |
| 37 | JEFFERSON CAPITAL SYSTEMS LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | 03/07/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,656.89 | $1,656.89 | $0.00 | $0.00 | $0.00 | $1,656.89 |
| **Claim Notes:** | (37-1) CREDIT CARD | | | | | | | | | | | |
| 38 | JEFFERSON CAPITAL SYSTEMS LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | 03/08/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,518.00 | $2,518.00 | $0.00 | $0.00 | $0.00 | $2,518.00 |
| **Claim Notes:** | (38-1) CREDIT CARD | | | | | | | | | | | |
| 39 | STONEX COMMODITY SOLUTIONS LLC F/K/A FCSTONE MERCH<br>1251 NW Briarcliff Pkwy., Ste. 800<br>Kansas City, MIO 64116 | 03/21/2023 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | 10,000,000.00 |
| 40 | UNITED STATES SECURITIES & EXCHANGE COMMISSION | 10/30/2024 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Timely filed general unsecured claim pursuant to 032223; #43; Stipulation and Agreed Order. | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**  Page No: 8   Exhibit C

| Case No. | 22-32820-H5 | | | Trustee Name: | Janet S. Northrup |
| Case Name: | MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | | | Date: | 10/30/2024 |
| Claims Bar Date: | 03/27/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $14,432,674.81 | $11,846,681.54 | $0.00 | $0.00 | | $0.00 | 11,846,681.54 |

CLAIM ANALYSIS REPORT                                             Page No: 9                Exhibit C

| | |
|---|---|
| **Case No.** 22-32820-H5 | **Trustee Name:** Janet S. Northrup |
| **Case Name:** MIGUEL, JR., THOMAS SAN AND SAN MIGUEL, TIFFANY DAWN | **Date:** 10/30/2024 |
| **Claims Bar Date:** 03/27/2023 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $11,845,884.81 | $11,845,884.81 | $0.00 | $0.00 | $0.00 | $11,845,884.81 |
| Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | $2,585,993.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $543.72 | $543.72 | $0.00 | $0.00 | $0.00 | $543.72 |
| Trustee Expenses | $253.01 | $253.01 | $0.00 | $0.00 | $0.00 | $253.01 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     22-32820
Case Name:    THOMAS SAN MIGUEL, JR.
              TIFFANY DAWN SAN MIGUEL
Trustee Name: Janet S. Northrup

                                                  Balance on hand:     $2,154.39

Claims of secured creditors will be paid as follows: NONE

                              Total to be paid to secured creditors:     $0.00
                                            Remaining balance:     $2,154.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Janet S. Northrup, Trustee Fees | $543.72 | $0.00 | $543.72 |
| Janet S. Northrup, Trustee Expenses | $253.01 | $0.00 | $253.01 |

              Total to be paid for chapter 7 administrative expenses:     $796.73
                                            Remaining balance:     $1,357.66

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

                Total to be paid to prior chapter administrative expenses:     $0.00
                                          Remaining balance:     $1,357.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                                Total to be paid to priority claims:     $0.00
                                        Remaining balance:     $1,357.66

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,845,884.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Andrew Miller | $20,300.00 | $0.00 | $2.33 |
| 2 | Bart Bartoli | $7,050.36 | $0.00 | $0.81 |
| 3 | Claudio Guitierrez | $50,000.00 | $0.00 | $5.73 |
| 4 | Giuseppe Liberti | $12,400.00 | $0.00 | $1.42 |
| 5 | Jennifer Cameron | $152,698.77 | $0.00 | $17.50 |
| 6 | Jeri Blake | $100,000.00 | $0.00 | $11.46 |
| 7 | Joe Hostetler | $49,700.00 | $0.00 | $5.70 |
| 8 | Madeline Loperna | $22,300.00 | $0.00 | $2.56 |
| 9 | Mark George | $50,000.00 | $0.00 | $5.73 |
| 10 | Mark Wathen | $166,600.66 | $0.00 | $19.09 |
| 11 | Ron Krajenke | $29,160.00 | $0.00 | $3.34 |
| 12 | Ron Tucker | $22,198.00 | $0.00 | $2.54 |
| 13 | Sofia Ruas | $5,000.00 | $0.00 | $0.57 |
| 14 | Srini Katta | $47,275.33 | $0.00 | $5.42 |
| 15 | Virginia Jeanne and William Howard | $60,750.00 | $0.00 | $6.96 |
| 16 | Adriana Villalobos | $10,140.00 | $0.00 | $1.16 |
| 17 | John and Constance Abuan | $25,000.00 | $0.00 | $2.87 |
| 18 | Steve Strickland | $700,250.00 | $0.00 | $80.26 |
| 20 | Ashley Funding Services, LLC Resurgent Capital Services | $297.07 | $0.00 | $0.03 |
| 21 | Bank of America, N.A. | $1,977.69 | $0.00 | $0.23 |
| 22 | Upstart Network, Inc | $34,179.31 | $0.00 | $3.92 |
| 23 | Capital One N.A. by American InfoSource as agent | $4,655.04 | $0.00 | $0.53 |
| 24 | JPMorgan Chase Bank, N.A. | $3,154.44 | $0.00 | $0.36 |
| 25 | JPMorgan Chase Bank, N.A. | $5,666.89 | $0.00 | $0.65 |
| 26 | JPMorgan Chase Bank, N.A. | $45,991.17 | $0.00 | $5.27 |
| 27 | Citibank, N.A. | $6,938.98 | $0.00 | $0.80 |

| 28 | Citibank, N.A. | $1,042.74 | $0.00 | $0.12 |
|---|---|---|---|---|
| 29 | Capital One N.A. by American InfoSource as agent | $20,766.03 | $0.00 | $2.38 |
| 30 | Tim's Boat Repair LLC | $7,508.50 | $0.00 | $0.86 |
| 32 | TD Bank, USA by American InfoSource as agent | $639.57 | $0.00 | $0.07 |
| 33 | Amur Equipment Finance | $17,055.89 | $0.00 | $1.95 |
| 34 | Smart Financial Credit Union Attn: Bankruptcy | $81,586.39 | $0.00 | $9.35 |
| 35 | Smart Financial Credit Union Attn: Bankruptcy | $31,382.97 | $0.00 | $3.60 |
| 36 | Smart Financial Credit Union Attn: Bankruptcy | $48,044.12 | $0.00 | $5.51 |
| 37 | Jefferson Capital Systems LLC | $1,656.89 | $0.00 | $0.19 |
| 38 | Jefferson Capital Systems LLC | $2,518.00 | $0.00 | $0.29 |
| 39 | StoneX Commodity Solutions LLC f/k/a FCStone Merch | $10,000,000.00 | $0.00 | $1,146.10 |
| 40 | United States Securities & Exchange Commission | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $1,357.66
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |